Cynthia A. Franklin
The Law Office of Bradly A. Carlson, L.L.C
645 G Street, Suite 100 #558
Anchorage, Alaska 99501
P: 907.677.8111
F: 907.917.2075
Email: cindy@bcarlsonlaw.com

CJA Counsel for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff,<br><br>vs.<br><br>DUANE BYRON FIELDS, JR,<br>　　　　　　Defendant. | Case No.: 3:20-mj-00270-DMS<br><br>**RESPONSE TO GOVERNMENT'S ARGUMENT FOR DETENTION IN GUISE OF INFORMING COURT REGARDING DOC ADMISSION** |

## RESPONSE TO GOVERNMENT'S ARGUMENT FOR DETENTION

COMES NOW, Defendant Duane Byron Fields, Jr., by and through his counsel of record, Cynthia A. Franklin with The Law Office of Bradly A. Carlson, L.L.C., hereby responds to the Government's written argument filed today under the guise of responding to the Court's inquiry regarding potential detention. At the hearing regarding arraignment and detention held on May 27, 2020, the Magistrate indicated that she needed further information regarding whether or not the Alaska Department of Corrections would accept Mr. Fields into detention given the facts presented at the hearing. The Magistrate tasked the AUSA with answering this question.

RESPONSE TO GOV'T REQUEST FOR DETENTION　　　　　　　　　　　　　　　　　　　　*United States v. Fields*
Page 1 of 5　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 3:20-mj-00270-DMS
Case 3:20-mj-00270-DMS　Document 11　Filed 05/28/20　Page 1 of 6

In its filing today, the Government answered the question and proceeded to make a written argument urging the Magistrate to order Mr. Fields to be taken to jail. Mr. Fields files this response to the Government's argument.

**FACTS**

Duane Byron Fields. Jr. was ordered released on May 6, 2020 from Terminal Island, a Bureau of Prisons Facility in Los Angeles, California. The order of release was the result of a granting of a Motion for Compassionate Release filed by the Federal Public Defenders Office in Alaska, the state of origin of Mr. Field's charges and his home. The Government opposed the motion for release but did not prevail.

The BOP did not actually release Mr. Fields until May 8, 2020. On May 5, 2020, BOP administered a COVID-19 test on Mr. Fields. It is unclear at this time if BOP administered the test in anticipation of Mr. Field's release, or because 70% of its inmate population was infected with COVID-19 and May 5 marked the date of the sixth inmate to die of the virus in that facility. (On May 10, 2020, a seventh inmate died).

The lab results for Mr. Field's test were logged at 10:03 a.m. on May 7, 2020. The result was positive for COVID-19. The log results report indicates that the report was printed (and presumably transmitted) at 14:40 on May 7, 2020. The requesting entity was Terminal Island. No one at Terminal Island informed Mr. Field's that he had tested positive for COVID-19 on that day or any day up to and including today.

On May 8, 2020, Terminal Island provided Mr. Fields with two cab vouchers and plane tickets to return to Alaska. The written instructions provided to Mr. Fields were that he was to take a cab to LAX airport, board a flight from LAX to Seattle, board a second flight from Seattle to Anchorage, AK, and take a cab to his family home located at 7065 Crawford Ave. in Anchorage. These were the only instructions provided to Mr. Fields upon his release and he followed them to the letter.

RESPONSE TO GOV'T REQUEST FOR DETENTION *United States v. Fields*
Page 2 of 5 Case No.: 3:20-mj-00270-DMS
Case 3:20-mj-00270-DMS   Document 11   Filed 05/28/20   Page 2 of 6

Meanwhile in Alaska, a United States Probation Officer reached out to Mr. Field's family to discuss his arrival, Mr. Field's mother requested that he quarantine for 14 days in a place apart from her home due to her advanced age. The United States Probation Office worked with Mr. Field's daughter, Chantel, to obtain a room for Mr. Fields at a local hotel. The officer directed Chantel to pick up Mr. Fields at the airport and take him to the hotel. Although Chantel arrived at the airport fifteen minutes before the flight was due to land, she discovered that the flight had landed early (Alaska Airlines flights often land ahead of schedule) and Mr. Fields had immediately proceeded to the taxi stand and used his voucher to travel to his home as reflected on his paperwork.

Chantel went to the Crawford address where she located Mr. Fields and informed him that the plan had changed and he needed to stay at the hotel. She took him to the hotel and the next day Mr. Fields and Chantel contacted the USPO by FaceTime as ordered. No one told Mr. Fields that his lab test results were in or that he was positive for COVID-19.

On May 10, 2020, Mother's Day, Mr. Fields and Chantel FaceTimed the USPO Officer again. They discussed with the officer that Mr. Fields needed to get clothes from the Crawford St. home and needed to get some medical appointments lined up to get Mr. Fields started with his cancer treatment. The USPO officer agreed that these arrangements could be made, and Mr. Fields and Chantel told the officer that they would go on those errands the next day, Monday, May 11, 2020.

On May 11, 2020, Mr. Fields was at the Crawford St. address picking up clothes when the USPO Officer called his mother's phone. The officer asked Mr. Field's mother to put him on the phone and then he asked Mr. Field's to step outside. The officer told Mr. Fields over the phone that his lab results were returned and he was positive for COVID-19. He instructed Mr. Fields to return to the hotel. Mr. Fields was very upset, concerned that he had exposed his family to the virus, and did as he was told. Mr. Fields then continued to quarantine at the hotel until on May 21, 2020, he was released from quarantine by the Municipality of Anchorage.

In the course of working with the Municipality on its requirements, Mr. Fields obtained his lab results from Terminal Island revealing that the results were already in on May 7, 2020, the day before he traveled back to Alaska. The Government, BOP and DOJ never provided Mr. Fields with his test results or informed him before May 11 that on May 7, 2020 they determined he was positive for COVID-19.

**ARGUMENT**

The Government alleges that Mr. Field's actions in going to his family home on Crawford street to pick up clothing with the permission of his probation officer constitute not only a violation of his release terms, but a new crime punishable by up to life in prison. If this were an episode of Dateline, it would be titled "The United States Government Gave Him COVID-19; Now They Want Him In Jail For It."

Mr. Field's positive test arose from his incarceration at Terminal Island. Whatever inconceivable negligence and incompetence amongst government agencies and officials occurred that led to the Government putting Mr. Fields on a plane with his positive COVID-19 results in their possession cannot be blamed on Mr. Fields. The Government exposed everyone on both plane flights to a COVID-19 positive individual and now asks the Court to throw him in jail. Mr. Fields did not commit a crime by being positive for COVID-19, and he did not violate his conditions of release. Mr. Field's should be permitted to continue to stay at the Crawford St address **where USPO has directed him to stay** until this injustice can be put to rest.

Dated this 28th day of May, 2020.

/S/ Cynthia A. Franklin
645 G Street, Suite 100 #558
Anchorage, Alaska 99501
P: 907.677.8111
F: 907.917.2075
Alaska Bar No.: 0710057

RESPONSE TO GOV'T REQUEST FOR DETENTION *United States v. Fields*
Page 4 of 5 Case No.: 3:20-mj-00270-DMS
Case 3:20-mj-00270-DMS Document 11 Filed 05/28/20 Page 4 of 6

**CERTIFICATE OF SERVICE**

I hereby certify this 28th day of May 2020, a true and correct copy of the foregoing document and its attachments was served via electronic filing to the parties, including:

AUSA Stephen Collins

*/S/ Cynthia A. Franklin*
Cynthia A. Franklin

RESPONSE TO GOV'T REQUEST FOR DETENTION     *United States v. Fields*
Page 5 of 5     Case No.: 3:20-mj-00270-DMS
Case 3:20-mj-00270-DMS   Document 11   Filed 05/28/20   Page 5 of 6

